CIRCUIT COURT Federal Bu[...]

16-30009

MAY 21 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I'm Am Joshua C. Thomas #21511-026

I'm Am writing Circuit Court to ask does the first step act or will the first step act work for me? I was told that it's will be infect "June" 7th and By me do not have a NonViolent Case I was writing to see dose it work for Me. Or can they see will it work for Me.

Joshua Thomas #21511-026
USP Florence - H.gh
P.O Box 7000
Florence, Co. 81226

"Federal Court House"
"Clerk office"

"Federal Court House"

600 E. Monroe St #319 "Clerk office"
Springfield, IL. 62701

15 MAY 2019 PM 3 L

6270181626 C036

FEDERAL CORRECTIONAL INSTITUTION
P. BOX 8500
FLORENCE, COLORADO 81226

"SPECIAL 'LEGAL MAIL'"

DATE: 5/15/19

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the enclosed correspondence is for forwarding to another addressee, please return to the above address.