IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff. <br><br> v. <br><br> JOSHUA THOMAS, <br><br> Defendant. | Case No. 16-30009 |

**MOTION TO WITHDRAW AS COUNSEL**

Thomas W. Patton, Federal Public Defender, moves to withdraw as counsel in this case. In support, he states:

1. Pursuant to Administrative Order 19-MC-1001, this Court appointed undersigned counsel to represent the Defendant on a request for a reduced sentence pursuant to section 404 of the First Step Act of 2018.

2. Section 404(b) permits the Court to reduce a sentence that was imposed for a "covered offense." Section 404(a) defines a "covered offense" as a violation of the crack cocaine laws that was committed before August 3, 2010.

3. Undersigned counsel has reviewed the Defendant's case and concluded that the Defendant is ineligible for a reduction under section 404 of the First Step Act.

4. The Defendant was not convicted of an offense involving crack cocaine. In addition, the violation took place after August 3, 2010. Thus, the sentence was not imposed for a "covered offense," so section 404 of the First Step Act does not apply to the Defendant.

5. As counsel has determined the Defendant is ineligible for a reduction under section 404 of the First Step Act, the Court should grant him leave to withdraw as counsel and allow the Defendant to proceed *pro se*.

WHEREFORE, the Court should enter an order allowing counsel to withdraw and permitting the Defendant to proceed *pro se*.

Respectfully Submitted,

BY: s/ Thomas W. Patton
THOMAS W. PATTON
Attorney for Defendant
Federal Public Defender
PA ID No. 88653
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: Thomas_Patton@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Patrick Hansen. A copy of the foregoing was also mailed to the Defendant.

s/ Thomas W. Patton
THOMAS W. PATTON
Attorney for Defendant
Federal Public Defender
PA ID No. 88653
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: Thomas_Patton@fd.org
